**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6661**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

LORENZA PORTER,

                                        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CR-95-80, CA-98-234-3)

---

Submitted:  September 21, 2000        Decided:  September 28, 2000

---

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Lorenza Porter, Appellant Pro Se.  David T. Maguire, Assistant United States Attorney, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lorenza Porter seeks to appeal the district court's order denying his motion for reconsideration of the denial of his 28 U.S.C.A. § 2255 (West Supp. 2000) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Porter</u>, Nos. CR-95-80; CA-98-234-3 (E.D. Va. Apr. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>